1  Ryan Lee, Esq. (SBN 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 405
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4  Attorneys for Plaintiff,
   NATHAN ADKINS
5

6              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
7                     **WESTERN DIVISION**

8  NATHAN ADKINS,              )   **Case No.: 2:13-cv-05143-SH**
                               )
9            Plaintiffs,       )
        v.                     )
10 WORLDWIDE ASSET RECOVERIES, LLC )
   and TODD SHAW                )
11           Defendant.         )
                               )
12                             )
                               )
13 _____

14              **NOTICE OF SETTLEMENT**

15     NOW COMES Plaintiff, NATHAN ADKINS ("Plaintiff"), by and through the
16 undersigned counsel, and hereby informs the Court that a settlement of the present matter has been
17 reached and all parties to the present matter are currently in the process of executing the
18 aforementioned settlement agreement, which Plaintiff anticipates will be completed within the
19
20 next 60 days.

21     Plaintiff therefore requests that this Honorable Court vacate all dates currently set on
22 calendar for the present matter.

23
24
25
26
27
28
                                    1

1  DATED:  August 22, 2013                    RESPECTFULLY SUBMITTED,

2                                              KROHN & MOSS, LTD.

3
                                               By: /s/ Ryan Lee
4
                                               Ryan Lee, Esq. (SBN 235879)
5                                              Krohn & Moss, Ltd.
                                               10474 Santa Monica Blvd., Suite 405
6                                              Los Angeles, CA  90025
                                               T: (323) 988-2400; F: (866) 802-0021
7                                              rlee@consumerlawcenter.com
                                               Attorneys for Plaintiff,
8                                              NATHAN ADKINS

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was sent to defendant via the courts ECF System.

By:    /s/ Ryan Lee

Ryan Lee (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025